## LARRY MCCOWN *v.* COMMISSIONER OF CORRECTION
### (AC 33628)

Lavine, Sheldon and Pellegrino, Js.

Argued October 18—officially released November 13, 2012

Per Curiam. The appeal is dismissed.

## FIRST CONNECTICUT CAPITAL, LLC, ET AL. *v.* JOHN J. DORAN ET AL.
### (AC 34327)

Lavine, Sheldon and Pellegrino, Js.

Argued October 18—officially released November 13, 2012

Per Curiam. The judgment is affirmed.